AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

MICHIKO STEHRENBERGER,

        Plaintiff,

            v.

JP MORGAN CHASE BANK, N.A.,

        Defendant.

### JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-12-00543-JLQ

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint and the claims therein are dismissed without prejudice.

October 26, 2012
_____
*Date*

JAMES R. LARSEN
_____
*Clerk*
  s/ Penny Lamb
_____
*(By) Deputy Clerk*
Virginia Reisenauer